**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
EFREN LEONEL LUCAS,

                    Plaintiff,                21 **CIVIL** 7424 (BCM)

     -v-                            <u>**JUDGMENT**</u>

KILOLO KIJAZAKI,
COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
--------------------------------------------------------------X


       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation dated August 19, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including a new hearing and a new decision.


**Dated:**  New York, New York
          August 19, 2022


                               **RUBY J. KRAJICK**

                             _____
                                 **Clerk of Court**

              **BY:**   _____
                                 **Deputy Clerk**